IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JASMINE TELLEY, and PATRICK TELLEY,<br><br>     **Plaintiffs,**<br><br>  vs.<br><br>TRAVELERS INSURANCE COMPANY, a foreign corporation;<br><br>     **Defendant.** | **8:24CV281**<br><br>**AMENDED<br>TRIAL SETTING ORDER** |

This matter comes before the Court on the Joint Motion to Extend Deadlines (Filing No. 24). After review of the parties' motion, the Court finds good cause to grant the requested extensions. Accordingly,

**IT IS ORDERED** that the Motion to Extend Deadlines (Filing No. 24) is granted, and the trial setting order is amended as follows:

1) The deposition deadline, including but not limited to depositions for oral testimony only under Rule 45, is extended to **August 29, 2025**.

2) The deadline for filing motions to exclude testimony on *Daubert* and related grounds is extended to **September 12, 2025**.

3) The deadline for filing motions to dismiss and motions for summary judgment is extended to **September 26, 2025**.

4) The Final Pretrial Conference remains scheduled to be held before the undersigned magistrate judge on **December 9, 2025**, at **10:00 a.m.**, and will be conducted in chambers. The parties' proposed Pretrial Conference Order and Exhibit List(s) must be emailed to nelson@ned.uscourts.gov in Word format, by **3:00 p.m. on December 2, 2025**.

5) The jury trial of this case remains set to commence before Brian C. Buescher, United States District Judge, in Courtroom 5, Roman L. Hruska Federal Courthouse, 111 South 18th Plaza, Omaha, Nebraska, at **9:00 a.m.** on **January 13, 2026**, or as soon thereafter as the case may be called, for a duration of **four (4) trial days.**[1] This case is subject to the prior trial of criminal cases and such other civil cases as may be scheduled for trial before this one. Jury selection will be held at the commencement of trial.

---

[1] The parties intend to schedule mediation in this case after discovery is competed. If mediation does not successfully resolve the case and the parties engage in dispositive motion practice, the trial date will need to be continued. Under such circumstances, the parties shall contact chambers of the undersigned magistrate judge to request a telephone conference.

6) Motions in limine and motions seeking pretrial evidentiary hearings regarding the admissibility of evidence shall be filed no later than **twenty-eight (28)** days before trial.

7) The parties are ordered to comply with **Judge Buescher's** Civil Jury Trial Practices posted at https://www.ned.uscourts.gov/attorney/judges-information.

Dated this 25th day of June, 2025.

BY THE COURT:

s/Michael D. Nelson
United States Magistrate Judge