IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JASMINE TELLEY, and PATRICK TELLEY, | |
| Plaintiffs, | 8:24CV281 |
| vs. | ORDER |
| TRAVELERS INSURANCE COMPANY, a foreign corporation; | |
| Defendant. | |

This matter is before the Court on Plaintiffs' Motion to Extend Plaintiff's Response Deadlines (Filing No. 34).  Counsel have advised the Court that the parties have conferred and agreed to a stay of briefing deadlines while they conduct mediation.  Accordingly,

**IT IS ORDERED** that Plaintiffs' Motion to Extend Plaintiff's Response Deadlines (Filing No. 34) is granted as follows:

1. The deadlines for Plaintiffs to respond to Defendant's Motion to Exclude Plaintiff's Expert Witnesses (Filing No. 27) and Defendant's Motion for Summary Judgment (Filing No. 30) are extended until 7-days after the conclusion of mediation, if mediation is unsuccessful.

2. The parties shall notify the Court within 3-days of when they choose a mediator and schedule a mediation date.[1]  They shall advise the Court of the outcome of mediation within 3-days after it takes place.

3. The pretrial conference and trial remain as scheduled.

Dated this 29th day of September, 2025.

BY THE COURT:

s/Michael D. Nelson
United States Magistrate Judge

---

[1] The scheduling of the mediation shall be completed within 14-days of this order.