IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JASMINE TELLEY, and PATRICK TELLEY, <br><br> Plaintiffs, <br><br> vs. <br><br> TRAVELERS INSURANCE COMPANY, a foreign corporation, <br><br> Defendant. | **8:24CV281** <br><br> **ORDER ON JOINT STIPULATION FOR DISMISSAL** |

This case is before the Court on the parties' Joint Stipulation for Dismissal signed by counsel for all parties. Filing 44. The parties stipulate to dismissal of this case and each and every claim asserted in it with prejudice, with each party to bear its own expenses and fees. Filing 44 at 1. Accordingly,

IT IS ORDERED that the parties' Joint Stipulation for Dismissal, Filing 44, is accepted, and this case is dismissed with prejudice, with each party to bear its own costs.

Dated this 5th day of February, 2026.

BY THE COURT:

_____
Brian C. Buescher
United States District Judge

1